IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| JENNIFER GAYLEY, | Civil No. 04-1740-HU |
|---|---|
| vs. | |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br>Defendant. | ORDER |

Upon consideration of the parties' Stipulation for Award of Attorney Fees, Costs and Expenses, and the Court agreeing that fees and expenses should be awarded under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and that costs should be awarded pursuant to 28 U.S.C. § 1920, good cause having been shown, now, therefore, it is hereby ORDERED:

The Commissioner is directed to pay Plaintiff's counsel, Daniel R. Fredland, attorney fees of $4964.00, and expenses of $29.05, under the EAJA, and costs of $250.00 under 28 U.S.C. § 1920.

DATED this 27 day of June 2005.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Carol A. Hoch
CAROL A. HOCH
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-2684

ORDER - [04-1740-HU]